UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80080-CIV-MARRA

DAVID RAMNARINE,

Plaintiff,

vs.

FOUR FLORIDA SHOPPING CENTERS
PROPERTIES LIMITED PARTNERSHIP,

Defendant.
_____/

## ORDER

This cause is before the Court upon the parties' Stipulation of Dismissal without Prejudice (DE 17). The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the above-styled cause is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **CLOSE** this case and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28 day of April 2011.

KENNETH A. MARRA
United States District Judge